UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

**Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.**

_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

☐ Prosecution of motion on behalf of debtor.                                    $500.00

        Nature of motion:       _____

                                             _____

        Hearing date(s):          _____

                                             _____

☐ Defense of motion on behalf of debtor (Including filing                        $400.00

        Objection to Creditor's or Trustee's Certification of Default).

        Nature of motion:       _____

                                             _____

        Hearing date(s):          _____

                                             _____

☐ Additional court appearance(s). (Not to exceed three).                         $100.00

        Purpose:                      _____

                                             _____

        Hearing date(s):          _____

                                             _____

☐ Filing and appearance on a modified Chapter 13 Plan.                           $300.00

☐ Preparation of Wage Order                                                       $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H               $100.00
   or List of Creditors

☐ Preparation and filing of other amended schedules                              $100.00

☐ Preparation and filing of Application for Retention of Professional           $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy         $100.00

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____
_____
_____
_____

Describe non-standard expenses in detail:
_____
_____
_____
_____

2.  To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   _____

   To date, I have received:   _____

3. I seek compensation for services rendered in the amount of $ _____ payable:

   ☐ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4.  ☐ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:   $ _____ per month for _____ months.

   Proposed Plan:   $ _____ per month for _____ months.

5.   Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.


Date: _____          _____
                                                            Signature

*rev. 8/1/15*